# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** September 13, 2024 | **Time:** 1 hour 52 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-3047-YGR<br><br>: 23-cv-5885-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>: Office of the Attorney General, State of Florida, Department of Legal Affairs v. Meta Platforms, Inc. et al | |

**Attorneys for Plaintiff:** Jennie Lee Anderson (liaison counsel)
**Attorneys for Defendant:** Ashley Simonsen (liaison counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco            **Court Reporter:** Marla Knox; via Zoom

## PROCEEDINGS

Scheduling Conference - Held.

The Court heard argument on Meta's Motion to Dismiss the Florida Attorney General's amended complaint for improper venue and lack of personal jurisdiction in the Middle District of Florida. (No. 22-md-3047, Dkt. No. 950; No. 23-cv-05885, Dkt. No. 30.)

The Court GRANTS the Stipulation and Proposed Order Regarding Video Access for the September 13, 2024 Case Management Conference and Associated Hearings at Dkt. No. 1142. The Court GRANTED the parties' proposed schedule at Dkt. No. 1079 through November 25, 2025. The Court ORDERED the parties to confer and be prepared at the next case management conference the scope of anticipated dispositive and Rule 702 motions in order to set scheduling after November 25, 2025.

The Court advised plaintiff's counsel in *Abraham v. Meta Platforms, Inc.* to confer with MDL plaintiffs' counsel regarding the impact of the *Abraham* class action on the MDL.

The Court SET deadlines on the State AGs' objection to Magistrate Judge Peter H. Kang's order regarding third-party discovery of state agencies as follows: the State AGs' opening brief is due September 20, 2024; defendants' opposition is due September 27, 2024; and the State AGs' reply is due November 4, 2024. The page limits for each filing are 50, 50, and 25 pages, respectively.

The Court was presented with initial objections to Judge Kang's order from certain governor's offices. Such objections must be presented in the first instance to Judge Kang.

Written order to issue.

Further Case Management Conference is set on October 25, 2024, at 9:00 a.m.