Donna Cecilia Valin
*pro hac vice*
Special Counsel, Assistant Attorney General
Florida Bar No. 96687
Office of the Attorney General
Consumer Protection Division
135 West Central Blvd.
Orlando, FL 32801
Tel.: (407) 316-4840
Donna.Valin@myfloridalegal.com

*Attorney for Office of the Attorney General, State of Florida, Department of Legal Affairs*

*Additional counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *Office of the Attorney General, State of Florida, Department of Legal Affairs*<br><br>*v.*<br><br>*Meta Platforms, Inc., Instagram LLC, and Meta Payments, Inc.*<br><br>-----------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05885 | MDL No. 3047<br><br>Case No. 4:23-cv-05885-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To: Clerk of Court and All Parties of Record

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, the Office of the Attorney General, State of Florida, Department of Legal Affairs, hereby files this Notice of Voluntary Dismissal Without Prejudice, without costs to any party.

Respectfully Submitted,

**ASHLEY MOODY**
**Attorney General of the State of Florida**

*<u>/s/ Donna Cecilia Valin</u>*
Donna Cecilia Valin (FL Bar No. 96687),
*pro hac vice*
Special Counsel, Assistant Attorney General FL
135 West Central Blvd.
Orlando, FL 32801
Tel.: (407) 316-4840
Donna.Valin@myfloridalegal.com

Victoria Ann Butler (FL Bar No. 861250).
*pro hac vice*
Director of Consumer Protection Litigation
3507 E. Frontage Road, Suite 325
Tampa, FL 33607
Tel.: (813) 287-7950
Victoria.Butler@myfloridalegal.com

John M. Guard (FL Bar No. 374600),
*pro hac vice*
Chief Deputy Attorney General PL-01
The Capitol
Tallahassee, FL 32399
John.Guard@myfloridalegal.com

Nicholas J. Weilhammer (FL Bar No. 479322),
*pro hac vice*
Associate Deputy Attorney General for Enforcement
PL-01 The Capitol Tallahassee, FL
32399
Tel.: (850) 414-3861
Nicholas.Weilhammer@myfloridalegal.com

Karen E. Berger (FL Bar No. 72991),
*pro hac vice*
Special Counsel, Assistant Attorney General
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Tel.: (954) 712-4600
Karen.berger@myfloridalegal.com

*Attorneys for Office of the Attorney General, State of Florida, Department of Legal Affairs*