FILED

DEC 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FLORIDA OFFICE OF THE ATTORNEY GENERAL, Department of Legal Affairs,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>META PLATFORMS, INC.; et al.,<br><br>Defendants - Appellants. | No. 24-7019<br><br>D.C. Nos.<br>4:23-cv-05885-YGR<br>4:22-md-03047-YGR<br>Northern District of California, Oakland<br><br>ORDER |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>META PLATFORMS, INC.; et al.,<br><br>Defendants - Appellees. | No. 24-7266<br><br>D.C. No.<br>4:23-cv-05885-YGR<br><br>Northern District of California, Oakland |

Pursuant to the stipulation of the parties (Docket Entry No. 24), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator